**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00372-GPG

**ROBERT J. MARTIN**,

      Plaintiff,

v.

[**NO DEFENDANTS NAMED**],

      Defendants.

---

**ORDER OF DISMISSAL**

---

On February 23, 2015, Plaintiff, Robert J. Martin, submitted to the court a letter

(ECF No. 1) complaining of various matters including voting rights, property tort,

affordable health care, etc.  Because it appeared that Plaintiff intended to initiate a

lawsuit, the instant action was commenced.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.1(b), the court determined that Mr. Martin's pleadings were

deficient.  In an order entered on May 5, 2015, Magistrate Judge Gordon P. Gallagher

directed Plaintiff to file an amended complaint on the proper form and in compliance

with the Feral Rules of Civil Procedure.  (ECF No. 9).  That Order specifically informed

Mr. Martin that the action would be dismissed without further notice if he failed to cure

the deficiencies by filing a proper complaint within thirty days.

On May 18, 2015, Plaintiff submitted another letter to the Court, which is

basically nonsensical in nature.  (ECF No. 10).

Plaintiff has failed to file an amended complaint to cure the deficiencies within the

time allowed.  Therefore, the action will be dismissed without prejudice for failure to cure the noted deficiencies by failing to file a proper complaint.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must also pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that this action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this 17th day of June, 2015.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court